[No. 48189-8-II. Division Two. March 7, 2017.]

LINDA YEAGER, *Appellant*, v. JOHN O'KEEFE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 14-2-00099-2, Mary Sue Wilson, J., entered October 7, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Bjorgen, C.J., and Johanson, J.

[No. 48209-6-II. Division Two. March 7, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK A. WALLMULLER, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 08-1-00305-1, Amber L. Finlay, J., entered July 7, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Worswick and Johanson, JJ.

[No. 48295-9-II. Division Two. March 7, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DARNELL PARKS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-1-00901-1, Stanley J. Rumbaugh, J., entered November 18, 2015. *Affirmed* by unpublished opinion per Maxa, A.C.J., concurred in by Lee and Melnick, JJ.

[No. 48526-5-II. Division Two. March 7, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN CHRISTOPHER COZAD, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 14-1-01038-9, Suzan L. Clark, J., entered December 23, 2015. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Worswick and Johanson, JJ.